[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 10.]

THE STATE OF OHIO, APPELLANT, *v.* CLINGER, APPELLEE.

[Cite as *State v. Clinger*, 1998-Ohio-693.]

*Criminal procedure—Classification as sexual predator—Court of appeals'*
*judgment reversed and remanded to trial court to conduct sexual predator*
*classification hearing pursuant to R.C. 2950.09(C)(2) on authority of State*
*v. Cook.*

(No. 98-874—Submitted October 13, 1998—Decided November 25, 1998.)

APPEAL from the Court of Appeals for Hancock County, No. 5-97-37.

———————————

*Robert A. Fry*, Hancock County Prosecuting Attorney, and *Mark C. Miller*, Assistant Prosecuting Attorney, for appellant.

*David H. Bodiker*, Ohio Public Defender, and *Robert L. Lane*, Chief Appellate Counsel, for appellee.

———————————

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

{¶ 2} The cause is remanded to the trial court to conduct a sexual predator classification hearing pursuant to R.C. 2950.09(C)(2).

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————